427 A.2d 1194

Commonwealth v. Wyatt, Appellant.

Argued September 12, 1979. Joseph Furlong, Jr., for appellant; Andrew B. Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.